No. 10–8205.  ANTHONY *v.* BUSS, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 10–8206.  ANGUIANO *v.* YATES, WARDEN.  C. A. 9th Cir.
Certiorari denied.

No. 10–8211.  NABE *v.* UNITED STATES.  C. A. 2d Cir.  Certio-
rari denied.

No. 10–8212.  DEHANEY *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 10–8214.  DEMPSEY *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 10–8215.  ESCOBAR-MERCADO *v.* UNITED STATES.  C. A.
5th Cir.  Certiorari denied.

No. 10–8216.  CHAVEZ *v.* UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 10–8217.  CULBERTSON *v.* MISSOURI.  Sup. Ct. Mo.  Cer-
tiorari denied.

No. 10–8220.  MONDRAGON *v.* UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 10–8222.  PETERS ET AL. *v.* UNITED STATES.  C. A. 4th
Cir.  Certiorari denied.

No. 10–8225.  WAINWRIGHT *v.* JOHNSON, DIRECTOR, VIRGINIA
DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari de-
nied.

No. 10–8229.  MARTIN *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari
denied.

No. 10–8232.  OWUOR *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 10–8233.  MIDDLETON *v.* UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 10–8234.  RANKIN *v.* UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 10–8238.  SAVATH *v.* UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.